# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDUL KADIR,** : | |
| Plaintiff : | **CIVIL ACTION NO. 3:16-1814** |
| v. : | |
| **C. MAIORANA, et al.,** : | **(JUDGE MANNION)** |
| Defendants : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion for summary judgment (Doc. 22) is **GRANTED**. Judgment is hereby entered in favor of the Defendants and against the Plaintiff.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 22, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-1814-01-ORDER.wpd